# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| SYNTHIA SMITH, | Case No. 2:19-cv-00335-JLS (RAOx) |
| Plaintiff, | **ORDER GRANTING JOINT STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| LIFE INSURANCE COMPANY OF NORTH AMERICA, | Judge: Josephine L. Staton<br>Dept: 10A |
| Defendant. | Complaint Filed: January 16, 2019 |

Based upon the stipulation of the parties and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED that this action, Case No. 2:19-cv-00335-JLS (RAOx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

Dated: May 01, 2019

_____
Honorable Josephine L. Staton
United States District Judge

1